UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-21700-CIV-MORENO**

JESSIE WIMSY JONES,

        Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Complaint, filed on **May 1, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 15)** on **November 6, 2019**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Complaint is DISMISSED. This Court agrees with the Magistrate Judge that the complaint is an impermissible shotgun pleading and Eleventh Amendment immunity applies to bar the claims in this case. Finally, this Court agrees that under Rule 41(b) this case should be dismissed for failure to comply with court orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of November 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Jessie Wimsy Jones, *pro se*
170162158
Miami FCI
Federal Correctional Institution
1321 NW 13th Street
Miami, FL 33125